UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62068-CIV-DIMITROULEAS

MICHELLE E. SUISSA,

    Magistrate Judge Snow

    Plaintiff,

vs.

THE BRACHFELD LAW GROUP,
A PROFESSIONAL CORPORATION,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 14], filed on August 3, 2012. The Court has carefully considered the Stipulation, notes the signature of counsel for both sides, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation for Dismissal with Prejudice [DE 14] is **APPROVED**;

2. This action is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs, except as otherwise agreed by the parties;

4. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 3rd day of August, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record